# Michael Faillace & Associates, P.C.
Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510　　　　　　　　　　　　　　　　　Telephone: (212) 317-1200
New York, New York 10165　　　　　　　　　　　　　　　　　　　Facsimile: (212) 317-1620

March 19, 2019

**VIA ECF**

Honorable Analisa Torres
United States District Judge
United States Courthouse
Southern District of New York
500 Pearl Street
New York, New York 10007

　　　　　　　　Re:　Galindo Garcia et al v. John Doe Corp. et al;
　　　　　　　　　　　18-cv-06208-AT

Your Honor,

　　　　This firm represents Plaintiff in the above-referenced matter. Pursuant to Your Honor's order, Plaintiff writes to submit a revised attorneys' fees request and modified agreement (the Agreement) for Your Honor's review. The Agreement is attached hereto as "Exhibit 1." A stipulation amending the Agreement is attached as "Exhibit 2."[1]

　　　　In our last request, we asked the Court to award this firm one-third of the settlement amount of $60,000 ($20,000) as attorneys' fees. Such an award would have been roughly 7.69 times our lodestar of $2,600. After conducting further research, we believe a request of $13,598 as attorneys' fees would be more appropriate. While this amount is 5.23 times our lodestar, we believe the amount provided to Plaintiff's counsel under the settlement is fair and reasonable and well within the range of fees typically awarded in cases in this Circuit. *See Pinzon v. Jony Food Corp.*, No. 18-CV-105(RA), 2018 U.S. Dist. LEXIS 87424 (S.D.N.Y. May 24, 2018) (awarding this firm a third, or 5.23 times the lodestar, in an early settlement and "recognizing the importance of encouraging the swift resolution of cases like this one and avoiding 'creat[ing] a disincentive to early settlement'—particularly where such settlement has provided Plaintiff with a substantial and speedy result.") (quoting *Hyun v. Ippudo USA Holdings et al.*, No. 14-CV-8706 (AJN), 2016 U.S. Dist. LEXIS 39115, 2016 WL 1222347, at *3 (S.D.N.Y. Mar. 24, 2016).; *Shapiro v. JPMorgan Chase & Co.*, No. 11-CV-7961 (CM), 2014 U.S. Dist. LEXIS 37872, 2014 WL 1224666, at *24 (S.D.N.Y. Mar. 21, 2014) ("Lodestar multipliers of nearly 5 have been deemed 'common' by courts in this District."); *Castaneda v. My Belly's Playlist LLC,* No. 15 Civ. 1324 (JCF) (S.D.N.Y. Aug. 17, 2015) (Francis, M.J.) (awarding the plaintiffs' attorneys a contingency fee of one-third to account for risks in litigation); *Calle v. Elite Specialty Coatings Plus, Inc.,* 2014 U.S. Dist. LEXIS

---

[1] Subsequent to the final execution of the Agreement, this firm identified a miscalculation in our attorneys' fees request. While the Agreement calls for this firm to receive $16,505, the amount of attorneys' fees we are presently requesting is $13,598. Rather than requiring the parties to re-sign the Agreement, counsel executed the attached amendment. Plaintiff has been fully advised of the amendment and has agreed to the modified terms. (Plaintiff will actually receive a larger portion of the settlement under the amendment.)

Hon. Analisa Torres
March 19, 2019

164069 at *9 (E.D.N.Y. Nov. 19, 2014) ("A one-third contingency fee is a commonly accepted fee in this Circuit."). In light of the nature of the issues herein, and the extensive negotiations necessary to reach the agreed-upon settlement, Plaintiff's requested award is reasonable. *See Alleyne v. Time Moving & Storage Inc.*, 264 F.R.D. at 60; *see also McDaniel v. Cnty. of Schenectady*, 595 F.3d 411, 417 (2d Cir. 2010).

The attached, modified agreement reflects our revised attorneys' fees request. Accordingly, Plaintiff respectfully requests the Court be approve the parties' settlement and dismiss this case with prejudice.

Thank you for your consideration in this matter.

Respectfully Submitted,

/s/ Michael Faillace
Michael Faillace, Esq.
Michael Faillace & Associates, P.C.
*Attorneys for Plaintiff*

cc:   All Attorneys of Record (via ECF)